[No. 39061-9-I.    Division One.    April 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA FELLE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00566-3, Gerald L. Knight, J., entered June 26, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, C.J., and Webster, J.

[No. 39202-6-I.    Division One.    April 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK EVAN BARTSHE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05684-5, Richard M. Ishikawa, J., entered August 12, 1996. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Webster, JJ.

[Nos. 39231-0-I; 39242-5-I.    Division One.    April 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN MICHAEL EGGERS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SKAY, *Appellant*.

Appeals from judgments of the Superior Court for Snohomish County, Nos. 95-1-01941-7, 95-1-01942-5, Ronald L. Castleberry, J., entered August 14, 1996. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Ellington, JJ.

[No. 40186-6-I.    Division One.    April 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMETRIUS DESHAUN FISHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-06982-7, Bobbe J. Bridge, J., entered January 16, 1997. *Affirmed* by unpublished opinion per Cox, J., concurred in by Kennedy, C.J., and Coleman, J.